Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MENDITTO, individually and on behalf of all others similarly situated,

     Plaintiff,

     v.

SUPER MICRO COMPUTER, INC., CHARLES LIANG, and DAVID WEIGAND

     Defendants.

Case No: 3:24-cv-06149-SI

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Christopher Menditto ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) as no defendant has filed an answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Further, there are several substantially similar actions pending against the same defendants in the United States District Court for the Northern District of California styled as *Averza v. Super Micro Computer, Inc.,* Case No. 5:24-cv-06147-EJD (the "*Averza* Action"); *Norfolk County*

- 1 -

*Retirement System v. Super Micro Computer, Inc.,* Case No. 4:24-cv-06980-JST; and *Covey Financial Inc. et al., v. Super Micro Computer, Inc.,* Case No. 5:24-cv-07274-EJD. Each of these actions, as well as the instant action, assert violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct. Thus, dismissal of the instant action will not prevent these claims from proceeding.

Pursuant to the Private Securities Litigation Reform Act of 1995, several Super Micro Computer, Inc. investors filed motions on October 29, 2024 seeking consolidation, appointment as lead plaintiff, and approval of counsel in the first-filed *Averza* Action pending before Judge Edward J. Davila. Plaintiff did not seek a leadership position. Currently, it appears that there are two competing motions pending. On December 12, 2024, Judge Davila continued the lead plaintiff hearing to permit movants to conduct limited discovery.

This dismissal shall have no impact on Plaintiff's membership in the putative class and his right to share in any recovery obtained for the benefit of class members.

This dismissal is without prejudice. Each party is to bear its own costs and fees.

Dated: January 8, 2025                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence M. Rosen
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 S. Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

                                         *Counsel for Plaintiff*

- 2 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41